UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA MARIE WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>    Defendants. | Case No. 25-cv-02724-HSG<br><br>**ORDER TO SHOW CAUSE** |

Pro se Plaintiff Brianna White initially filed this social security appeal on March 21, 2025. Dkt. No. 1. On May 23, 2025, the government lodged the certified administrative record. *See* Dkt. Nos. 9, 10. Under the scheduling order, Plaintiff's social security brief was due by June 23, 2025. *See* Dkt. No. 3. However, as of the date of this order, Plaintiff has not filed her brief. The Court therefore **DIRECTS** Plaintiff **TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute. Plaintiff shall file a statement of four pages or less by August 15, 2025.

**IT IS SO ORDERED.**

Dated: 7/16/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge