United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA MARIE WHITE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02724-HSG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, DIRECTING SERVICE, AND RESETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 11 |

　　　　Pro se Plaintiff Brianna White initially filed this social security appeal on March 21, 2025. Dkt. No. 1. On May 23, 2025, the government lodged the certified administrative record. *See* Dkt. Nos. 9, 10. Plaintiff did not file her social security brief by the June 23 deadline. The Court therefore issued an order to show cause why the case should not be dismissed for failure to prosecute. Dkt. No. 11. Plaintiff responded to the order to show cause, explaining that she is not an e-filer and never received a copy of the certified administrative record. *See* Dkt. No. 12. The government did not file a proof of service, and the Court assumes that it only filed the certified administrative record electronically. The Court therefore **DISCHARGES** the order to show cause.

　　　　The Court **DIRECTS** the government to serve Plaintiff with a hard copy of the certified administrative record by Friday, August 8, 2025. The government is reminded that it must properly serve all its future filings on Plaintiff. The Court **RESETS** the briefing schedule in this case as follows:

| Event | Deadline |
|---|---|
| Last day for Plaintiff to file and serve on Commissioner a brief for the requested relief | October 3, 2025 |
| Last day for Commissioner to file and serve brief on Plaintiff | November 3, 2025 |
| Last day for Plaintiff to file and serve reply brief on the Commissioner | December 5, 2025 |

Once the briefing is complete the matter will be deemed submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: 7/31/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2